## DAVIDSON v MILLER

Ohio Appeals, 7th Dist, Mahoning Co

Decided June 10, 1932

FARR, J.

It is insisted on behalf of the motion that the foregoing section relates to or provides for a special statutory proceeding and is not equitable in character. It is insisted as against the motion that the amended petition carries equitable features which brings it within the purview of **Article 4, §6, of the Ohio Constitution,** wherein it is provided that the Court of Appeals shall have jurisdiction in all chancery cases.

Upon a careful examination of the amended petition and the motion, the conclusion is that it goes no further than a motion for a new trial, and that it is in effect such motion. Therefore, it follows that it being a special statutory proceeding, and not being equitable in character, that the motion must be sustained and the action dismissed and it is so ordered.

ROBERTS and POLLOCK, JJ, concur.